Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br>vs.<br><br>EZ PETROLEUM dba MARATHON PETRO, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00465-JLT-SKO<br><br>**PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE; ORDER**<br><br>**(Doc. 7)** |

**WHEREA**S, on April 19, 2022, Plaintiff, Darren Gilbert ("Plaintiff"), filed the instant action alleging claims under Title III of the Americans with Disabilities Act of 1990 and parallel California law (ECF No. 1). On April 20, 2022, an Order Setting Mandatory Scheduling Conference was issued (ECF No. 3) ("Order"). The Order required that all defendants be served with the complaint no later than July 18, 2022;

**WHEREAS**, Defendants EZ Petroleum dba Marathon Petro; and California Winton Connect Inc dba Marathon Petro (collectively, "Defendants") have not appeared in this action;

**WHEREAS**, Plaintiff was informed by County Process, Inc., the process server, that Defendants were served by substituted service on or around May 31, 2022; however, Plaintiff

1 has not received the proofs of service from the process server after multiple follow-up
2 attempts;

3 **WHEREAS**, Plaintiff plans to request service of the Summons and Complaint on
4 Defendants with One Legal;

5 **NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests
6 that he be given to and including September 16, 2022 to effect service of his Complaint on
7 Defendants.

Dated: July 18, 2022                           MOORE LAW FIRM, P.C.

                                               */s/ Tanya E. Moore*
                                               Tanya E. Moore
                                               Attorney for Plaintiff,
                                               Darren Gilbert

## ORDER

Upon request of Plaintiff for administrative relief (Doc. 7) and good cause appearing,

**IT IS HEREBY ORDERED** that that the time within which Plaintiff must serve the complaint on Defendants EZ Petroleum dba Marathon Petro and California Winton Connect Inc dba Marathon Petro is hereby EXTENDED to September 16, 2022.

IT IS SO ORDERED.

Dated:   **July 20, 2022**                    */s/ Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE